Attorneys for Plaintiff, Jessie Phillips,    Lizette Radovic, Esq. (La. Bar # 26425) Miller-Radovic, L.L.C 650 Poydras St. Suite 1400 New Orleans, LA 70130 (504)566-0683 FAX (504)617-6087 LMLegal@cox.net and John Venezia, Esq. (La. Bar #23963) Law Office of John A. Venezia PLC 110 Veterans Blvd. Suite 330 Metairie, LA 70005 (504)486-3910 FAX (504)486-3913 John@venezialaw.net

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number M:05-CV-01699 07-1468 CRB (remove Case 07-0139)<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Plaintiff Name(s), Jessie Phillips<br><br>                              Plaintiffs,<br><br>        vs.<br><br>Pfizer, Inc., et al.<br>                              Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, JESSIE PHILLIPS, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: July 3, 2009         By: _Lizette Radovic_
                                                Lizette Radovic (La. #26425)

Attorneys for Plaintiff, Jessie Phillips

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

DATED: July 20, 2009  By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: JUL 2 3 2009

_____
Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE